# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

## NO. 03-23-00599-CV

**Appellant, Anne Coyle // Cross-Appellant, Stephen Casey**

**v.**

**Appellees, Chad Walker and Alisha Flood // Cross-Appellee, Anne Coyle**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on September 20, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to her appeal and cross-appellant shall pay all costs relating to his appeal, both in this Court and in the court below.